UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JAN 07 2010
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Carol Kieninger, )
)
       Plaintiff, )
)
vs. )
)
MiraMed Revenue Group, LLC, )
)  **1:10-cv- 0019 LJM -DML**
       Defendant. )
)

## COMPLAINT SEEKING DAMAGES FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

### I. Introduction

1. This is an action for actual, punitive, and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq (hereinafter referred to as the "FDCPA").

### II. Jurisdiction and Venue

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

### III. Parties

4. The plaintiff in this case is a resident of the full age of majority, domiciled in the City of Indianapolis, Marion County, Indiana.

5. The Defendant, MiraMed Revenue Group, LLC (hereinafter MiraMed), is a "debt collector" as that term is defined by the FDCPA. MiraMed is a corporation organized and existing under the laws of the State of Illinois with its principal place of business located 991 Oak Creek Dr., Lombard, IL, 60148, and is licensed to do business in Indiana.

## IV. Factual Allegations

6. MiraMed is a debt collection agency attempting to collect a debt from the Plaintiff

7. On November 5, 2008, the Plaintiff retained John T. Steinkamp to be her attorney in bankruptcy.

8. On December 9, 2008, the Plaintiff filed for bankruptcy relief under Chapter 13 of Title 11 of the United States Code under case number 08-15343-FJO-13.

9. Included with Plaintiff's bankruptcy was an unsecured debt to St. Francis Hospital and Health Centers.

10. St. Francis Hospital and Health Centers, acquired the debt collection services of MiraMed during the bankruptcy.

11. On June 3, 2009, Plaintiff received a letter from MiraMed in connection with the collection of a debt allegedly owed to St. Francis Hospital and Health Centers.

## V. First Claim for Relief:
## Violation of the FDCPA

12. The allegations of Paragraphs 1 through 11 of the complaint are realleged and incorporated herewith by references.

13. The defendant violated the FDCPA by mailing a letter as an attempt to collect a debt despite being informed of her representation by counsel., pursuant to 15 U.S.C. §1692c.

14. The defendant violated the FDCPA by contacting the debtor directly instead of the attorney openly representing the debtor, pursuant to 15 U.S.C. § 1692c.

15. The defendant violated the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, pursuant to 15 U.S.C. § 1692d.

16. The defendant violated the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of any debt, pursuant to 15 U.S.C. § 1692e.

17. The defendant violated the FDCPA by using unfair or unconscionable means to collect or attempt to collect a debt, pursuant to 15 U.S.C § 1692f.

18. As a result of the above violations of the FDCPA, the defendant is liable to the plaintiff for actual damages, statutory damages of $1,000 per violation, attorney fees, and costs.

WHEREFORE, the plaintiff, having set forth his claims for relief against the defendant, respectfully prays the Court as follows:

1. That the plaintiff has and recovers against the defendant a sum to be determined by the Court in the form of actual damages;

2. That the plaintiff has and recovers against the defendant a sum to be determined in the form of statutory damages;

3. That the plaintiff has and recovers against the defendant a sum to be determined in the form of punitive damages;

4. That the plaintiff has and recovers against the defendant all reasonable legal fees and expenses incurred by the attorney;

5. That the plaintiffs have such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
John T. Steinkamp
John Steinkamp and Associates
Attorney for Debtor/Plaintiff
6229 S. East St., Ste. A
Indianapolis, IN 46227
Office: (317) 782-9800
Fax: (317) 782-9812

## CERTIFICATE OF SERVICE

John T. Steinkamp, attorney for the Plaintiffs, hereby certifies to the Court as follows:

I have this ____6____ day of ____Jan.____, 2010, served a copy of the foregoing **COMPLAINT** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, and addressed to each person at his dwelling house or usual place of abode or to the place where he or she regularly conducts his business or profession as follows:

CT Corporation System
Registered Agent for MiraMed Revenue Group
251 E. Ohio St., Ste. 1100
Indianapolis, IN 46204

Respectfully submitted,

John T. Steinkamp
John Steinkamp & Associates
6229 S. East St., Ste. A
Indianapolis, IN 46227
Office: (317) 782-9800
Fax: (317) 782-9812